IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK BURCHELL,<br><br>                    Plaintiff,<br><br>vs.<br><br>TITAN MACHINERY,<br><br>                    Defendant. | 8:13CV366<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 27), which is hereby granted, the final Progression Order dated January 29, 2014 be amended as follows:

8) The deadline for complete expert disclosures for retained and nonretained experts is extended to:

        For the Plaintiff:     October 1, 2014
        For the Defendant:  November 1, 2014

9) The deposition deadline is extended to November 30, 2014.

10) The deadline for filing Motions to Dismiss and Motions for Summary Judgment is extended to November 30, 2014.

11) The deadline for filing Motions to exclude testimony on *Daubert* and related grounds is extended to November 30, 2014.

August 26, 2014.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge